# Court of Appeals, State of Michigan

## ORDER

People of MI v Eshay Le-Ann Banks

Docket No.    352478

LC No.        19-007242-01-FH

Jonathan Tukel
Presiding Judge

Deborah A. Servitto

Michelle M. Rick
Judges

The motion for reconsideration is DENIED.

The April 29, 2021 opinion is hereby VACATED, and a new opinion is attached.

_____
Presiding Judge

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

June 17, 2021
Date

_____
Chief Clerk